# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL B. MAHDAVI,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>THE DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, et al.<br><br>　　　　　　　　　Defendants. | Case No. 11cv2849 BTM(WMc)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS; DISMISSING CASE FOR FAILURE TO STATE A CLAIM** |

On December 7, 2011, Plaintiff filed a Complaint and a Motion to Proceed In Forma Pauperis ("IFP"). For the reasons discussed below, the IFP Motion is granted, and the Complaint is dismissed for failure to state a claim.

## DISCUSSION

I. <u>Motion to Proceed IFP</u>

Upon review of Plaintiff's affidavit in support of her IFP Motion, the Court finds that Plaintiff has made a sufficient showing of inability to pay the filing fee required to prosecute this action. Accordingly, Plaintiff's IFP Motion is **GRANTED**.

II. <u>Failure to State a Claim</u>

Although the Court will allow Plaintiff to proceed IFP, Plaintiff's Complaint must be

dismissed for failure to state a claim. The Court is under a continuing duty to dismiss an IFP case whenever the Court determines that the action "fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff has named eighty defendants, including governmental agencies, judges, police, hospitals, hotels, banks, grocery stores, libraries, and universities. His 62-page complaint is a rambling account of various acts of malfeasance and conspiracies. Plaintiff has failed to meet the pleading standards set forth in Fed. R. Civ. P. 8 and has failed to allege facts supporting a plausible claim for relief. Therefore, Plaintiff's Complaint is **DISMISSED**.

## CONCLUSION

For the reasons discussed above, Plaintiff's motion to proceed in forma pauperis is **GRANTED**, and Plaintiff's Complaint is **DISMISSED** for failure to state a claim. The Court **GRANTS** Plaintiff leave to file a First Amended Complaint. If Plaintiff chooses to file a First Amended Complaint, he must do so on or before **January 20, 2012**. Failure to do so will result in the closing of this case.

**IT IS SO ORDERED.**

DATED: December 15, 2011

Honorable Barry Ted Moskowitz
United States District Judge